**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| In the Matter of the Seizure of: )<br>$10,000 in United States currency being )<br>held by the Clerk of District Court, South )<br>Central Judicial District, Burleigh County, )<br>North Dakota. ) | **ORDER**<br><br>Case No. 1:05-mj-073 |

___

On December 16, 2005, the undersigned issued a Seizure Warrant stating in part that upon exoneration of the $10,000.00 bond by the North Dakota District Court, the Clerk of State District Court shall transfer the $10,000.00 in bond money to the Drug Enforcement Administration to hold pending resolution in United States District Court of the criminal forfeiture allegations in <u>United States v. Londell Edwin White</u>, Case No. C1-05-100, United States District Court, District of North Dakota.  The Seizure Warrant is now amended as follows. The Clerk of State District Court shall transfer the $10,000.00 in bond money to the United States Marshals Service for the aforementioned purpose.  In so doing, the Clerk of State District Court may give a check in the said amount to an agent of the Drug Enforcement Administration for delivery to the United States Marshals Service.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge